[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 31, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-11166
Non-Argument Calendar

_____

D. C. Docket No. 04-60072-CR-KAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICHARD HINDS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(January 31, 2006)**

Before ANDERSON, DUBINA  and HULL, Circuit Judges.

PER CURIAM:

In this direct appeal, Hinds challenges only his sentence.  In light of the

Eleventh Circuit's recent decision, <u>United States v. Garcia</u>, 405 F.3d 1260 (11th Cir. 2005), which was handed down after the decision of the district court, we vacate and remand Hinds' sentence for the purpose of determining <u>Garcia</u>'s relevance, if any, to the instant case.   We express no opinion on the merits of the issues in the case.

The judgment of conviction is **AFFIRMED**, but the sentence is **VACATED** and **REMANDED**.